```
            UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Oliver Thomas

       v.                                Case No. 16-cv-12-SM

FCI Berlin, Warden, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 16, 2016, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    Plaintiff's claims against defendants Tatum, the Bureau of Prisons, and Richmond are hereby dismissed, and those defendants are dismissed from this action.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 13, 2016

cc:   Oliver Thomas, pro se