UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Oliver Thomas

       v.                                    Case No. 16-cv-12-SM

FCI Berlin, Warden, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 21, 2016, for the reasons set forth therein.

Plaintiff's requests for preliminary injunctive relief, to stop a prison transfer and to obtain release from SHU, as set forth in Document Nos. 12, 18, 19, 28 and 30, are hereby denied.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: October 17, 2016

cc:    Oliver Thomas, pro se
        Terry Ollila, AUSA